**Opinion issued June 6, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00561-CV**

———————————

**NOSHIRAVAN SOBHANI, Appellant**

**V.**

**HOUSTON ANCHOR, LLC, JH FAMILY TRUST, JOBY HARDWICK, JOHNNIE MOORE, AND KATHALEEN MOORE, Appellees**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-34382**

---

## MEMORANDUM OPINION

Appellant, Noshiravan Sobhani, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and

Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On August 24, 2023, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by September 8, 2022. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Further, appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief). Appellant filed a notice of appeal from the trial court's May 5, 2023 final judgment. On August 4, 2023, the court reporter notified the Court that no record was taken in this case. The clerk's record was filed on October 24, 2023. Accordingly, appellant's brief was due to be filed on or before November 27, 2023. *See* TEX. R. APP. P. 38.6(a).

Appellant did not file an appellant's brief by that deadline. On December 28, 2023, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond.

Accordingly, we dismiss this appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c); 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.